UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

George Neely

                Plaintiff,

v.                               Case No.: 3:12–cv–00791
                                    District Judge Todd J. Campbell

Ruan Transportation Corporation

                Defendant.

## **ENTRY OF JUDGMENT**

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/6/2012.

                                                                 Keith Throckmorton, Clerk
                                                                 s/ Ann Frantz, Deputy Clerk